DAVIS WRIGHT TREMAINE LLP
ALLISON A. DAVIS (State Bar No. 139203)
MARY HAAS (State Bar No. 149770)
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: allisondavis@dwt.com
Email: maryhaas@dwt.com

MILLER STARR REGALIA
ARTHUR F. COON (State Bar No. 124206)
ANTHONY M. LEONES (State Bar No. 184499)
1331 N. California Blvd., Fifth Floor
Walnut Creek, California 94596
Telephone: (925) 935-9400
Facsimile: (925) 933-4126
Email: arthur.coon@msrlegal.com
Email: tony.leones@msrlegal.com

Attorneys for Defendant
OUTFRONT MEDIA LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANTON KARRAA, RABADI SERVICE STATION, INC. CALPRO, an Unincorporated Association of Residents, Property Owners and Taxpayers of the City of Los Angeles, J. KEITH STEPHENS, and VIRTUAL MEDIA GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal; corporation, OUTFRONT MEDIA, INC., and DOE 1 through DOE 25, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT BY BY DEFENDANT OUTFRONT MEDIA LLC** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to 28 U.S.C. Section 1441, Defendant Outfront Media LLC, a Delaware LLC ("Outfront Media") removes the above-captioned action from the Superior Court of California, Los Angeles County, to the United States District Court for the Central District of California. Removal is warranted under 28 U.S.C. Section 1441, as explained more fully below, because (a) it is a civil action arising under the laws of the United States, and (b) it is an action over which this Court has original jurisdiction under 28 U.S.C. Sections 1331, 1337, and 1441(a). Defendant the City of Los Angeles joins in this request.

**A.     Defendant Has Met The Procedural Requirements For Removal.**

1. On April 27, 2020, Plaintiffs Anton Karraa, Rabadi Service Station, Inc., Calpro, an unincorporated association of Property Owners and Taxpayers of the City of Los Angeles, J. Keith Stephens, and Virtual Media Group, Inc., filed a complaint against City of Los Angeles, a municipal corporation, Outfront Media Inc., and Doe 1 through Doe 25, Case No. 20STCV15924.[1]

2. Service of the Summons and Complaint was completed on Defendant Outfront Media LLC on July 23, 2020, when Outfront Media executed a Notice and Acknowledgement form. Thirty days since notice has not yet expired, and therefore this Notice is timely under 28 U.S.C. Section 1446(b).

3. This action is a civil action of which this Court has original jurisdiction, and is one which may be removed to this Court by Defendant Outfront Media pursuant to the provisions of 28 U.S.C. Section 1441(a), because it arises under the laws of the United States over which this Court has original jurisdiction under 28 U.S.C. Sections 1331 and 1337.

---

[1] Defendant Outfront Media, Inc., a California corporation, is not affiliated with Defendant Outfront Media LLC. Plaintiffs erroneously sued Defendant Outfront Media, Inc. and have advised that they will dismiss that defendant from this action.

1

NOTICE OF REMOVAL
Case No.

4. Copies of the Summons, Complaint, Amendment to Complaint, Civil Case Cover Sheet, Addendum and Statement of Location, Notice of Case Assignment, Notice and Acknowledgement of Receipt, Answer, and Notice of Case Management Conference, are attached hereto as Exhibits 1 through 10, and to the best of the Defendant Outfront Media's knowledge, constitute all process, pleadings, and orders served on Defendant Outfront Media in this action up to the present date.

5. Los Angeles County is the county of origin for purposes of removal under 28 U.S.C. Section 1441(a), as explained more fully below.

6. All other defendants who have been served with and/or received notice of the Complaint have joined in this Notice of Removal, as evidenced by the Joinder of Defendant City of Los Angeles filed concurrently.

7. In accordance with 28 U.S.C. Section 1446(d), Defendant Outdoor Media is filing a copy of this Notice of Removal with the Superior Court of the County of Los Angeles and are serving a copy upon Plaintiffs' counsel.

**B.   Removal Is Proper Because the Court Has Federal Question Jurisdiction Pursuant to 28 U.S.C. Sections 1331, 1337, and 1441.**

8. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Sections 1331 and 1337, and is one which may be removed to this Court by Defendant Outdoor Media pursuant to the provisions of 28 U.S.C. Section 1441 in that it arises under the laws of the United States. Specifically, the action purports to allege against all Defendants, except the City of Los Angeles, causes of action for violations of the Sherman Antitrust Act, 15 U.S.C. Sections 1 and 2.

9. Federal courts have "exclusive jurisdiction over federal antitrust claims." *Lippincott v. DirecTV, Inc. (In re NFLs Sunday Ticket Antitrust Litig.)*, 2016 U.S. Dist. LEXIS 41639, at *13 (C.D. Cal. March 28, 2016) (quoting *Turf Paradise, Inc. v. Arizona Downs*, 670 F. 2nd 813, 821 (9th Cir. 1982)); *Strategic Pharm. Solutions, Inc. v. Nev. State B. of Pharm.*, 2016 U.S. Dist LEXIS 68029, at *3 (D. Nev. May 24, 2016) (citing *Eichman V. Fotomat Corp.*, 759 F.2d 1434, 1437

(9th Cir. 1985)); *see also Marrese v. Am. Acad. of Orthopaedic Surgeons*, 470 U.S. 373, 379-380 (1985) (citing *Gen. Inv. Co. v. Lake Shore & Mich. S. Ry. Co.,* 260 U.S. 261, 286-88 (1922)).

    WHEREFORE, Defendant Outfront Media respectfully removes this action from the Superior Court of the State of California for the County of Los Angeles, bearing Case Number 20STCV15924, to this Court pursuant to 28 U.S.C. Section 1331.

Dated: August 5, 2020

DAVIS WRIGHT TREMAINE LLP
ALLISON A. DAVIS
MARY H. HAAS

By:    */s/ Mary H. Haas*

Mary H. Haas

Attorneys for Defendant
OUTFRONT MEDIA LLC

3
NOTICE OF REMOVAL
Case No.

# CERTIFICATE OF SERVICE
*Anton Karraa, et al. vs. City of Los Angeles, et al.*
UDSC Central District California – Western Division Case No.

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, CA 94111. On the below-mentioned date, I served the within documents:

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT BY DEFENDANT OUTFRONT MEDIA LLC**

☑ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Raymond N. Haynes, Jr. <br> 9060 Grove Street <br> Elk Grove, CA 95624 <br> Tel: (916) 709-9781 <br> Email: ray-haynes@hotmail.com <br> **Attorneys for Plaintiffs** <br> CALPRO, ANTON KARRAA, <br> RABADI SERVICE STATION, INC., <br> J. KEITH STEPHENS, AND <br> VIRTUAL MEDIA GROUP, INC. | Michael N. Feuer <br> Terry P. Kaufmann Macias <br> Kenneth T. Fong <br> 200 North Main Street <br> City Hall East Room 701 <br> Los Angeles, California 90012 <br> Tel: (213) 978-8202 <br> Fax: (213) 978-8214 <br> Email: kenneth.fong@lacity.org <br> **Attorneys for Defendant** <br> CITY OF LOS ANGELES |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 5, 2020 at San Francisco, California.

*/s/ Kimberly Simmons- Greene*
Kimberly Greene

1

PROOF OF SERVICE
Case No.